JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGILIO GARCIA MARTINEZ, Petitioner, v. MARKWAYNE MULLIN, et al., Respondents. | Case No. CV 2:26-13128-RAO<br><br>JUDGMENT |

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: November 17, 2026

/s/
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE